

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00053-CV

_____

IN RE DARYL GREG SMITH, Relator

---

Original Proceeding
Trial Court No. 325-584465-15

---

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and "Relator's Emergency Motion to Modify Temporary Relief Granted February 18, 2020" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to modify temporary relief are denied.

Per Curiam

Delivered: March 13, 2020